1  Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
   **MANNING LAW, APC**
2  20062 S.W. Birch St., Suite 200
3  Newport Beach, CA 92660
   Office: (949) 200-8755
4  DisabilityRights@manninglawoffice.com

5
   Attorneys for Plaintiff
6  CARMEN JOHN PERRI

7
                    UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10  CARMEN JOHN PERRI, an individual, | Case No.: 2:20-cv-07539-RGK-GJS |
| 12  Plaintiff, | Hon. R. Gary Klausner |
| 13  v. | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| 15  SOO PROPERTIES, LLC, a California limited liability company; and DOES 1-10, inclusive, | Complaint Filed: August 19, 2020 |
| 17  Defendants. | Trial Date: None Set |

18
19
20
21
22
23
24
25
26
27
28

---
NOTICE OF SETTLEMENT

1  The Plaintiff hereby notifies the Court that a global settlement has been
2  reached in the above-captioned case and the Parties would like to avoid any
3  additional expense, and to further the interests of judicial economy.
4  The plaintiff, therefore, applies to this Honorable Court to vacate all currently
5  set dates with the expectation that the Voluntary Dismissal with prejudice, as to all
6  parties, will be filed within 45 days.

7
8
9  Dated: October 30, 2020                           **MANNING LAW, APC**
10
11                                          By:   */s/ Joseph R. Manning, Jr.  Esq.*
                                                  Joseph R. Manning, Jr., Esq.
12                                                Attorneys for Plaintiff
                                                  Carmen John Perri
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF SETTLEMENT